IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WANNER,<br><br>    Plaintiff,<br><br>vs.<br><br>HORMEL FOODS, Inc., a Delaware Corporation; and UNITED FOOD & COMMERCIAL WORKERS LOCAL UNION NO. 293, a labor organization;<br><br>    Defendants. | 8:15CV278<br><br>ORDER |

  The court has been advised that Plaintiff and Defendant Hormel have settled their claims.

  Accordingly,

  IT IS ORDERED that:

  (1) Within thirty (30) calendar days of the date of this order, Plaintiff and Defendant Hormel shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court.

  (2) Absent compliance with this order, any claims between Plaintiff and Defendant Hormel (including all counterclaims and the like) may be dismissed without further notice.

  (3) This case remains pending as between Plaintiff and United Food & Commercial Workers Local Union No. 293.

  January 17, 2017.

                    BY THE COURT:
                    *s/ Cheryl R. Zwart*
                    United States Magistrate Judge