IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WANNER,<br><br>    Plaintiff,<br><br>vs.<br><br>HORMEL FOODS, INC., a Delaware Corporation; and UNITED FOOD & COMMERCIAL WORKERS LOCAL UNION NO. 293, a labor organization,<br><br>    Defendants. | 8:15-CV-278<br><br>JUDGMENT |

On the parties' joint Stipulation for Dismissal (filing 47), this action is dismissed in its entirety, with prejudice, each party to bear its own costs.

Dated this 13th day of February, 2017.

BY THE COURT:

_John M. Gerrard_ (signature)

John M. Gerrard
United States District Judge